# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CHARMAR WILLIAMS,<br><br>Petitioner,<br><br>v.<br><br>SUPERIOR COURT OF LOS ANGELES,<br><br>Respondent. | Case No. CV 24-00456-AH (DFM)<br><br>Order Accepting Report and Recommendation of<br>United States Magistrate Judge |

    Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Furthermore, the Court has conducted a de novo review of the objections that were filed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

    IT IS THEREFORE ORDERED that Petitioner's Motion for Stay and Abeyance and Petition are denied and Judgment be entered dismissing this action with prejudice.

Date: FEBRUARY 28, 2025

_____
ANNE HWANG
United States District Judge