JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CHARMAR WILLIAMS, <br><br> Petitioner, <br><br> v. <br><br> SUPERIOR COURT OF LOS ANGELES, <br><br> Respondent. | Case No. CV 24-00456-AH (DFM) <br><br> JUDGMENT |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Date: FEBRUARY 28, 2025

_____
ANNE HWANG
United States District Judge